02/2012

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: Neuma, Inc.

Case No. 14-26015

Chapter 11

Debtor (s)

**Certification of Relatedness**

The undersigned attorney certifies that:

1. (a) __Two__ cases are being filed under Chapter _11_ that are related to each other; and/or

   (b) _____ cases are being filed under Chapter ___ that are related to case(s) now pending, and

2. The cases are related because:

   ☐ the debtors are husband and wife; or

   ☐ the debtor was a debtor in a previous case under Chapter 11; or

   ☑ the cases involve persons or entities that are affiliates as defined in § 101(2) of the Bankruptcy Code.

The undersigned attorney requests that the cases be assigned to the same judge.

Date of certification: 7/15/14 _____    Attorney's signature: _____