UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 14-26015 |
| NEUMA, INC., | ) Chapter 11 |
| | ) Judge Hollis |
| debtor/debtor-in-possession. | ) |

## AMENDED AFFIDAVIT OF ATTORNEY

I, Scott R. Clar, being duly sworn, and under oath, deposes and states as follows:

1)      I am an attorney admitted to practice before this Court and am a partner in the law firm of Crane, Heyman, Simon, Welch & Clar ("CHSW&C"), which maintains offices at 135 South LaSalle Street, Suite 3705, Chicago, Illinois 60603.

2)      Except as hereafter stated, neither I nor any partner or associate, insofar as we have been able to ascertain, had any prior contact with the Debtor, has any connection with the Debtor, his creditors, or any other party in interest, or their respective attorneys and/or accountants.

3)      CHSW&C received a pre-petition retainer from the Debtor in the amount of $25,000.00.

4)      Neither I nor any partner or associate, insofar as we have been able to ascertain, represents any interest adverse to that of the estate, or the Debtor in the matters upon which this law firm is to be engaged except that Neuma is shown as an unsecured creditor of AMG in the amount of $590,221 for support services and also monies provided through AMG by Neuma to pay life insurance premiums in the amount of $539,077.

5)      To the best of my knowledge, information and belief, neither myself, nor any member of my law firm, holds any interest nor represents any interest, or is related to, in any manner, the United States Trustee in this District or any of his employees, or any individual serving in any capacity as either United States Trustee or Assistant United States Trustee in any other District, with the exception that my partners, Eugene Crane and Glenn R. Heyman, are and will continue to be members of the panel of trustees appointed for this District; and that I was employed as a staff attorney with the United States Trustee's Office from February, 1984 to September, 1986.

6)      Based on the foregoing, I believe that myself and all partners and associates are "disinterested" within the meaning of Sections 101(14) and 327 of the Bankruptcy Code.

7)      Pursuant to Section 504 of the Bankruptcy Code, the undersigned states that no agreement or understanding exists between CHSW&C and any other person for a division of compensation received or to be received herein unless that person is a member or associate of the law firm.  No division of compensation shall be made by the law firm except as stated above, and no agreement, express implied, has been or will be entered into, with the Debtor, creditor or representative of any of them, or attorney for any party in interest for the purpose of fixing of fees and other compensation to be paid to any party in interest or to any attorney or any other party in interest, or to any person for services rendered in connection therewith from the assets of the estate, contrary to the provisions of the Bankruptcy Code.

/s/Scott R. Clar