B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  Neuma, Inc.                                                                 Case No.  14-26015
                                    Debtor(s)                                      Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| American Express<br>World Financial Center<br>200 Vesey St., 50th Floor<br>New York, NY 10285 | American Express<br>World Financial Center<br>200 Vesey St., 50th Floor<br>New York, NY 10285 | | | 1,093.00 |
| Aronberg, Goldgehn, Davis & Garmisa<br>330 N. Wabash Ave., #1700<br>Chicago, IL 60611-3586 | Aronberg, Goldgehn, Davis & Garmisa<br>330 N. Wabash Ave., #1700<br>Chicago, IL 60611-3586 | | | 41,515.00 |
| Fukunaga, Matayoshi, Hershey, et al<br>Davies Pacific Center<br>1841 Bishop St., #1200<br>Honolulu, HI 96813 | Fukunaga, Matayoshi, Hershey, et al<br>Davies Pacific Center<br>1841 Bishop St., #1200<br>Honolulu, HI 96813 | | Disputed | 9,309.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

8/05/14 9:27AM

B4 (Official Form 4) (12/07) - Cont.
In re  Neuma, Inc.
              Debtor(s)

Case No. 14-26015

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **August 5, 2014**     Signature  /s/ David I. Binter
                                        David I. Binter
                                        President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

01/2012

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

IN RE: )
    Neuma, Inc. ) Case No. 14-26015
 ) Chapter 11
 )
Debtor(s) )

## DECLARATION REGARDING ELECTRONIC FILING
## FOR DOCUMENTS FILED AFTER PETITION

Re: Amended List of Creditors Holding 20 Largest Unsecured Claims

(Specify Document)

I (We), **David I. Binter** and , the undersigned individual(s), hereby declare under penalty of perjury that I have reviewed the Amended 20 Largest Creditors being filed simultaneously with this Declaration and that the information therein is true and correct.

**David I. Binter**
Printed or Typed Name of Debtor or Other Person

*/s/ David Ian Binter*
Signature of Debtor or Other Person

**August 5, 2014**
Date

Printed or Typed Name of Joint Debtor

Signature of Joint Debtor

Date