UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 14-26015 |
| NEUMA, INC., ) | Chapter 11 |
| ) | Judge Hollis |
| debtor/debtor-in-possession. ) | |

**MONTHLY OPERATING REPORT FOR**
**THE PERIOD ENDING JULY 31, 2014**

**DEBTOR'S COUNSEL**:
Scott R. Clar
(Atty. No. 06183741)
Jeffrey C. Dan
(Atty. No. 06242750)
Brian P. Welch
(Atty. No. 6307292)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
(312) 641-6777

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: *Neuma, Inc.*           CASE NO. *14-26015*

SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For ~~Month~~ *16 DAYS* Ending *July 31*, 20 *14*

BEGINNING BALANCE IN ALL ACCOUNTS           $ *19,538*

RECEIPTS:
    1. Receipts from operations           $ _____
    2. Other Receipts                     $ _____

DISBURSEMENTS:
    3. Net payroll:
      a. Officers                       $ *4,645*
      b. Others                         $ *3,458*

    4. Taxes
      a. Federal Income Taxes           $ *1194*
      b. FICA withholdings              $ *812*
      c. Employee's withholdings        $ *75*
      d. Employer's FICA                $ *812*
      e. Federal Unemployment Taxes     $ *4*
      f. State Income Tax               $ *504*
      g. State Employee withholdings    $ _____
      h. All other state taxes          $ *52*

    5. Necessary expenses:
      a. Rent or mortgage payments(s)   $ _____
      b. Utilities                      $ _____
      c. Insurance                      $ _____
      d. Merchandise bought for manufacture or sale   $ _____
      e. Other necessary expenses (specify)
        *Other - Misc*                 $ *258*
        *Premium Advances*             $ *12,000*

TOTAL DISBURSEMENTS                                  $ *23,814*

NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD  $ *(23,814)*

ENDING BALANCE IN *Bank of America*                  $ *440*
    (Name of Bank)
ENDING BALANCE IN *United Missouri Bank*             $ *(5,398)*
    (Name of Bank)
    *First American Bank*                            *682*
ENDING BALANCE IN ALL ACCOUNTS                       $ *(4,276)*

OPERATING REPORT   Page 1

EXHIBIT "B"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: _Neuma, Inc._    CASE NO.: _14-26015_

RECEIPTS LISTING

FOR ~~MONTH~~ _16 DAYS_ ENDING _July 31_, 20_14_

Bank: _____

Location: _____

Account Name: _____

Account No.: _____

DATE RECEIVED           DESCRIPTION                    AMOUNT

NONE

TOTAL: _____

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

OPERATING REPORT Page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Neuma, Inc.   CASE NO.: 14-26015

DISBURSEMENT LISTING

FOR ~~MONTH~~ 16 DAYS ENDING July 31, 2014

Bank: United Missouri Bank (Fidelity)

Location: _____

Account Name: Neuma, Inc - Neuma Operating

Account No.: Ending 7048

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 7/31/14 | Wire Transfer | Premium Advance | $12,000.- |
| 7/31/14 | " | Payroll | 11,600.- |
| Various | Various | All Other | 214.- |

TOTAL: $23,814.-

You must create a separate list for each bank account from which disbursements were made during the month.

OPERATING REPORT Page 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Neuma, Inc.   CASE NO.: 14-26015

FOR ~~MONTH~~ 16 DAYS ENDING July 31, 2014

STATEMENT OF INVENTORY

Beginning inventory        $ _____

Add: purchases             $ _____

Less: goods sold           $ NONE
(cost basis)

Ending inventory           $ _____

PAYROLL INFORMATION STATEMENT

Gross payroll for this period     $ 11,345

Payroll taxes due but unpaid      $ _____

STATUS OF PAYMENTS TO SECURED CREDITORS AND LESSORS

| Name of Creditor/ Lessor | Date regular payment is due | Amount of Regular Payment | Number of Payments Delinquent* | Amount of Payments Delinquent* |
|---|---|---|---|---|

NONE

* Include only post-petition payments.

OPERATING REPORT Page 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Neuma, Inc          CASE NO.: 14-26015

FOR ~~MONTH~~ ENDING  July 31, 2014
16 DAYS

STATEMENT OF AGED RECEIVABLES

ACCOUNTS RECEIVABLE:

　　Beginning of month balance     $ 1,223,886

　　Add: sales on account          $ 21,697

　　Less: collections              $

　　End of month balance           $ 1,245,583

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $ 49,830 | $ 18,717 | $ 99,537 | $ 1,077,499 | $ 1,245,583 |

STATEMENT OF ACCOUNTS PAYABLE (POST-PETITION)

　　Beginning of month balance     $ 1,480,849

　　Add: credit extended           $ 6,961

　　Less: payments of account     $

　　End of month balance           $ 1,487,810

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $ 8,054 | $ <7517> | $ 154,606 | $ 1,332,667 | $ 1,487,810 |

ITEMIZE ALL POST-PETITION PAYABLES OVER 30 DAYS OLD ON A SEPARATE
SCHEDULE AND FILE WITH THIS REPORT

OPERATING REPORT Page 5

Neuma, Inc
Statement of Accounts Payable
As of 07/31/2014

| | 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month Total |
|---|---|---|---|---|---|
| American Express | 1,093 | | | | 1,093 |
| Aronberg, Goldgehn, Davis & Garmisa | | | 6,055 | 35,460 | 41,515 |
| A, T & T | 267 | | | | 267 |
| CFO2 Skokie | 5,762 | | | | 5,762 |
| Garvey's Office Supply | 932 | | | | 932 |
| Fukunaga, Matayoshi, Hershey, Ching & Kop | | | | 9,309 | 9,309 |
| B & R Group | | | | 625,000 | 625,000 |
| DARU, LLC | | (7,517) | 148,551 | 87,898 | 228,932 |
| David I Binter | | | | 175,000 | 175,000 |
| Red Circle Farms, LLC | | | | 25,000 | 25,000 |
| Ruth Binter | | | | 175,000 | 175,000 |
| Kesef, LLC | | | | 200,000 | 200,000 |
| TOTAL | 8,054 | (7,517) | 154,606 | 1,332,667 | 1,487,810 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Neuma, Inc    CASE NO.: 14-26015

FOR ~~MONTH~~ /6 DAYS ENDING    July 31, 2014

## TAX QUESTIONNAIRE

Debtors in possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as due basis. Please indicate whether the following post petition taxes or withholdings have been paid currently.

| | | | |
|---|---|---|---|
| 1. | Federal Income Taxes | Yes (X) | No ( ) |
| 2. | FICA withholdings | Yes (X) | No ( ) |
| 3. | Employee's withholdings | Yes (X) | No ( ) |
| 4. | Employer's FICA | Yes (X) | No ( ) |
| 5. | Federal Unemployment Taxes | Yes (X) | No ( ) |
| 6. | State Income Tax | Yes (X) | No ( ) |
| 7. | State Employee withholdings | Yes (X) | No ( ) |
| 8. | All other state taxes | Yes (X) | No ( ) |

If any of the above have not been paid, state below the tax not paid, the amounts past due and the date of last payment.

OPERATING REPORT Page 6

| Form 6123 (Rev. 06-97) | Department of the Treasury-Internal Revenue Service **Verification of Fiduciary's Federal Tax Deposit** |
|---|---|
| | **Do not attach this Notice to your Return** |
| TO | District Director, Internal revenue Service Attn: Chief, Special Procedures Function |
| FROM: | Name of Taxpayer |
| | Taxpayer Address |

The following information is to notify you of Federal tax deposit(s)(FTD) as required by the United States Bankruptcy Court (complete sections 1 and/or 2 as appropriate):

| Section 1 | **Form 941 Federal Tax Deposit (FTD) Information** |
|---|---|
| Taxes Reported on Form 941, Employer=s Quarterly Federal Tax Return | For the payroll period from _____ to _____ |
| | Payroll date _____ |
| | Gross wages paid to employees $_____ |
| | Income tax withheld $_____ |
| | Social Security (Employer's plus Employee's share of Social Security Tax) $_____ |
| | Tax Deposited $_____ |
| | Date Deposited |
| Section 2 | **Form 940 Federal Tax Deposit (FTD) Information** |
| Taxes Reported on Form 940, Employer=s Annual Federal Unemployment Tax Return | For the payroll period from _____ to _____ |
| | Gross wages paid to employees $_____ |
| | Tax Deposited $_____ |
| | Date Deposited |

**Certification**
**(Certification is limited to receipt or electronic transmittal of deposit only)**

This certifies receipt or electronic transmittal of deposits described below for Federal taxes as defined in Circular E, Employer=s Tax Guide (Publication 15)

| Deposit Method (check box) | 9 Form 8109/8109B Federal Tax Deposit (FTD) coupon 9 Electronic Federal Tax Payment System (EFTPS) Deposit | |
|---|---|---|
| Amount (Form 941) | Date of Deposit | EFTPS acknowledgment number or Form 8109 FTD received by: |
| Amount (Form 940) | Date of Deposit | EFTPS acknowledgment number or Form 8109 FTD received by: |
| Depositor=s Employer Identification Number: | Name and Address of Bank | |

Under penalties of perjury, I certify that the above federal tax deposit information is true and correct
Signed: _____ Date: _____
Name and Title (print or type)

Cat. #43099Z                                                                Form 6123 (rev. 06-97)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

### DECLARATION UNDER PENALTY OF PERJURY

I, _David - Irwin Binton_, acting as the duly authorized agent for the Debtor in Possession (Trustee) declare under penalty of perjury under the laws of the United States that I have read and I certify that the figures, statements, disbursement itemizations, and account balances as listed in this Monthly Report of the Debtor are true and correct as of the date of this report to the best of my knowledge, information and belief.

_David In. Binton_
For the Debtor In Possession (Trustee)

Print or type name and capacity of
person signing this Declaration:

_David - Irwin Binton_

_President_

DATED: _8-18-14_

OPERATING REPORT Page 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: _Neuma, Inc_____     CASE NO.: _14-26015_____

Office of the U.S. Trustee
219 South Dearborn Street; Room 873
Chicago, IL  60604

Debtor:_____          Notice Date:     _____

_____           Account Number:  _____

_____           Amount Due:      _____

**NOTICE OF UNPAID FEES AND IMPENDING COLLECTION ACTIONS**

    According to the accounts receivable records, you owe the above amount to the United States Trustee in unpaid quarterly fee charges. If you do not pay this debt or take other action described below before _____, the United States Trustee will submit your debt to the U.S. Department of Treasury for further collection. Interest, penalties, and other charges for costs may be added to the amount you owe. Payment must be sent to the above address.

    Once your debt is sent to the Department of Treasury, Treasury will take all authorized collection actions, including reporting the debt to credit reporting agencies and engaging private collection agencies as necessary. The debt will also be submitted to the Treasury Offset Program which means the debt will be deducted from eligible payments that are owed to you by the federal government, including but not limited to tax refunds. The Treasury Offset Program is authorized by the Debt Collection Act of 1982 and the Debt Collection Improvement Act of 1996. <u>You may not receive another notice before your payment is offset.</u>

    Before we submit your debt to the Treasury Offset Program, we are required to tell you the following: (1) you may inspect and copy our records related to your debt; (2) you may request a review of our determination that you owe this debt; and (3) you may enter into a written repayment agreement if it is acceptable to the United States Trustee. If you are interested in these options, please send a written request to the above address.

    If you make or provide any knowingly false or frivolous statements, representations, or evidence, you may be liable for penalties under the False Claims Act, 31 U.S.C. §§ 286, 287, 1001, and 1002, or other applicable statutes.

    If you have any questions about this letter or your rights, you should immediately contact your local field office at the above address.

EXHIBIT "C"

U. S. TRUSTEE QUARTERLY FEE STATEMENT
Pursuant to Fed. R. Bankr. P. 2015(a)(5)

CASE NAME: _Neuma, Inc_ CASE NO.: _14-26015_

FOR ~~CALENDAR QUARTER~~ _16 Days_ ENDING _July 31_, 20_14_

DISBURSEMENTS*

1. MONTH — DISBURSEMENTS

   _16 Days Ending 7/31/14_ — $ _23,814_

   _____ — $ _____

   _____ — $ _____

   TOTAL DISBURSEMENTS FOR QUARTER — $ _23,814_

2. QUARTERLY FEE OWED PURSUANT TO 28 U.S.C. § 1930(A)(6) — $ _650_

3. QUARTERLY FEE PAID (Attach proof of payment) — $ _____

4. AMOUNT OF UNPAID FEES (IF ANY) — $ _650_

I, _David-Irwin Binton_, acting as the duly authorized agent for the Debtor In Possession (Trustee) (Plan Administrator) declare under penalty of perjury under the laws of the United States that I have read and certify that the figures, statements, disbursement itemizations, and account balances as listed in this U.S. Trustee Quarterly Fee Statement are true and correct as of the date of this report to the best of my knowledge, information and belief.

DATED: _8.18.14_ _/s/ David M. Binton_
For the Debtor In Possession (Trustee) (Plan administrator)

(Print or type name and capacity of person signing this Declaration). _David-Irwin Binton_
_President_

* For periods subsequent to plan confirmation, this includes payments pursuant to the confirmed plan as well as all other disbursements.

EXHIBIT "D"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: _Neuma, Inc_  CASE NO.: _14-26015_

U. S. TRUSTEE QUARTERLY REPORT ON STATUS OF PLAN PAYMENTS
FOR C~~ALENDAR QUARTE~~R ENDING _16 Days_ _July 31_, 20_14_

1. Were any payments required to be made
under the plan this past calendar quarter?   yes _____   no _X_

2. If yes, were all required payments made?   yes _____   no _____

3. If not, on a separate schedule, state the name, address and telephone number of each unpaid creditor, the amount due and the reason payment was not made.
_First U.S. Trustee Quarterly Report_

I, _David-Irwin Binter_ acting as the duly authorized agent under the confirmed plan declare under penalty of perjury under the laws of the United States that I have read and certify that the information listed in this U.S. Trustee Quarterly Report on Status of Plan Payments is true and correct as of the date of this report to the best of my knowledge, information and belief.

DATED: _8-18-14_

_David H. Binter_
For the Debtor In Possession (Trustee) (Plan Administrator)

(Print or type name and
capacity of person signing
this Declaration).

_David-Irwin Binter_

_President_

EXHIBIT "E"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Direction of Attorney for the Debtor
Concerning Contacts with Client Regarding Administrative Matters

In re: _____Neuma, Inc_____

Case Number: _____14-26015_____

## Part I : Purpose

The United States Trustee is responsible for supervising the administration of cases under chapters 7, 11, 12, and 13 of the United States Bankruptcy Code. 28 U.S.C. § 586. To fulfill this responsibility, the U.S. Trustee has issued Guidelines for Debtors-in-Possession. The Guidelines impose certain administrative and reporting responsibilities on chapter 11 debtors-in-possession. In addition, there are other requirements imposed by law, including a requirement to pay U.S. Trustee quarterly fees. The U.S. Trustee's staff is available to assist debtors-in-possession in fulfilling these requirements. In addition, it is frequently necessary for members of the U.S. Trustee's staff to contact debtors concerning missing documents, incomplete forms, and other administrative matters. Many debtors-in-possession and attorneys prefer that these administrative matters be handled directly between the debtor and the U.S. Trustee's staff. Others prefer that all such contacts be made through counsel. We need to know how you and your client would like these matters to be handled.

## Part II: Direction

_____ We direct that all contacts between the U.S. Trustee's staff concerning the administrative requirements of the U.S. Trustee, including completion of operating reports, insurance, banking arrangements, payment and calculation of quarterly fees, may be made directly between the U.S. Trustee and the debtor-in-possession.

_____ We direct that all contacts between the U.S. Trustee's staff concerning this case, including all administrative matters, be conducted through counsel for the debtor-in-possession.

Dated: _____

_____
Attorney for Debtor-in-Possession

EXHIBIT F