UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 14-26015 |
| NEUMA, INC., | ) Chapter 11 |
| | ) Judge Hollis |
| debtor/debtor-in-possession. | ) Jointly Administered |

## NOTICE OF MOTION

TO:   ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE that on the 14th day of April, 2015 at 10:00 a.m. or as soon thereafter as counsel can be heard, I shall appear before the Honorable Pamela S. Hollis, Bankruptcy Judge, in the room usually occupied by her as courtroom 644 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in her place and stead and shall present the **Motion of the Law Firm of Crane, Heyman, Simon, Welch & Clar as Debtors' Counsel, For Allowance and Payment of Final Compensation and Reimbursement of Expenses**, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Scott R. Clar_____
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(312) 641-6777

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Motion and the Notice of Hearing to be served on all the parties with an asterisk (*) list via court's electronic registration/email(as indicated), and a copy of the Notice of Hearing only was served upon all parties on the attached service list on the 20th day of March, 2015, before the hour of 5:00 p.m.

/s/Scott R. Clar_____

## SERVICE LIST

**Court's Electronic Registration**:

United States Trustee *
219 South Dearborn St., Suite 873
Chicago, IL 60604

Elizabeth A. Bates*
Springer Brown, LLC
400 S. County Farm Rd., #330
Wheaton, IL 60187

Lester A. Ottenheimer, III*
Ottenheimer Law Group
750 W. Lake Cook Rd., #350
Buffalo Grove, IL 600809

Gregory K. Stern*
53 W. Jackson Blvd., #1442
Chicago, IL 60604

**Via Email**
Nathan H. Lichtenstein*
Aronberg Goldgehn Davis & Garmisa
330 N. Wabash Ave., #1700
Chicago, IL 60611
nlichtenstain@agdglaw.com

David Binter*
Neuma, Inc.
4709 W. Golf Road, Suite 525
Skokie, IL 60077

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No.  14-26015 |
| NEUMA, INC., | ) | Chapter 11 |
| | ) | Judge Hollis |
| debtor/debtor-in-possession. | ) | *Jointly Administered* |

### NOTICE OF HEARING ON MOTION FOR
### ALLOWANCE OF FINAL COMPENSATION AND
### REIMBURSEMENT OF EXPENSES TO DEBTORS' COUNSEL

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that Crane, Heyman, Simon, Welch & Clar, counsel for Neuma, Inc. and AMG, Inc., has filed its Motion for Allowance and Payment of Final Compensation and Reimbursement of Expenses (the "Motion"), thereby requesting the sum of $89,835.00 for legal services rendered for the period commencing July 15, 2014 through and including March 17, 2015,  plus costs advanced for the same period in the sum of $12,397.05.

PLEASE TAKE FURTHER NOTICE that any person objecting to the Motion is directed to file their objection(s) in writing with the Clerk of the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois 60604, on or before the hour of 4:30 p.m., on the **9th day of April, 2015**, with a copy of said objection(s) to be simultaneously served upon Scott R. Clar, Crane, Heyman, Simon, Welch & Clar, 135 South LaSalle, Suite 3705, Chicago, Illinois 60603.

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion together with objections timely filed, if any, will be held before the Honorable Pamela A. Hollis, Bankruptcy Judge, Courtroom No. 644, 219 South Dearborn Street, Chicago, Illinois, on the **14th day of April, 2014**, at the hour of **10:00 a.m.**, at which time and place you may appear if you so see fit.

DATED: March 20, 2015

**DEBTORS' COUNSEL**:
Scott R. Clar  (Atty. No. 06183741)
Jeffrey C. Dan  (Atty. No. 06242750)
Brian P. Welch  (Atty. No. 6307292)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
(312) 641-6777
W:\MJO2\Neuma Inc\Fee.NOH.wpd

## VIA FIRST CLASS MAIL

United States Trustee
219 S. Dearborn
Chicago, IL 60604

David Binter
Neuma, Inc.
4709 W. Golf Road, Suite 525
Skokie, IL 60077

Elizabeth A. Bates
Springer Brown, LLC
400 S. County Farm Rd., #330
Wheaton, IL 60187

Ronald Barliant
Goldberg Kohn Ltd.
55 E. Monroe St., #3300
Chicago, IL 60603-5792

Hilton A. Ryder
McCormick, Barstow, Sheppard, Wayte
& Carruth, LLP
7647 N. Fresno St.
Fresno, CA 93720

Nathan H. Lichtenstein
Aronberg, Goldgehn, Davis & Garmisa
330 N. Wabash Ave., #1700
Chicago, IL 60611-3586

American Express
World Financial Center
200 Vesey St., 50th Floor
New York, NY 10285

B & R Group
4709 W. Golf Rd., #525
Skokie, IL 60076

CFO2 Skokie, LLC
PO Box 201939, Dept. 93905
Dallas, TX 75320-1939

DARU, LLC
4709 W. Golf Rd., #525
Skokie, IL 60076

Fukunaga, Matayoshi, Hershey, et al
Davies Pacific Center
1841 Bishop St., #1200
Honolulu, HI 96813

Kesef, LLC
4709 W. Golf Rd., #525
Skokie, IL 60076

Kutchins, Robbins & Diamond, Ltd.
1101 Perimeter Drive, #760
Schaumburg, IL 60173

Red Circle Farms, LLC
4709 W. Golf Rd., #525
Skokie, IL 60076

Ruth Binter
4709 W. Golf Rd., #525
Skokie, IL 60076

American Express
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

AMG, Inc.
4709 W. Golf Road, Suite 525
Skokie, IL 60077

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No.  14-26015 |
| NEUMA, INC., | ) | Chapter 11 |
| | ) | Judge Hollis |
| debtor/debtor-in-possession. | ) | *Jointly Administered* |

## COVER SHEET FOR APPLICATION FOR
## PROFESSIONAL COMPENSATION

Name of Applicant: <u>CRANE, HEYMAN, SIMON, WELCH & CLAR, Debtor's Counsel</u>

Authorized to Provide
Professional Services to: <u>Debtors</u>

Date of Order
Authorizing Employment:  <u>August 19, 2014</u>

Period for Which Compensation
is Sought:   From: <u>July 15, 2014</u>  through <u>March 17, 2015</u>

Amount of Fees Sought: <u>$ 89,835.00</u>

Amount of Expense
Reimbursement Sought:  <u>$12,397.05</u>

This is a(n):  Interim Application  <u>___</u>    Final Application <u>X</u>

If this is not the first Application filed herein by this professional, disclose as to all prior fee
applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed |
|---|---|---|---|
| | | | |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and
expenses herein is: $50,000.00

Date: <u>March 20, 2015</u>          Applicant:     Scott R. Clar and the firm
<u>Crane, Heyman, Simon, Welch & Clar</u>

By: <u>/s/Scott R. Clar</u>
Debtors' Counsel

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 14-26015 |
| NEUMA, INC., | ) | Chapter 11 |
| | ) | Judge Hollis |
| debtor/debtor-in-possession. | ) | Jointly Administered |

## MOTION OF THE LAW FIRM OF
## CRANE, HEYMAN, SIMON, WELCH & CLAR AS
## DEBTOR'S COUNSEL FOR ALLOWANCE AND PAYMENT OF
## FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

NEUMA, INC., an Illinois corporation, and AMG, Inc., Illinois corporations, confirmed Debtors[1] ("Debtors"), by and through its attorneys, and for the Motion pursuant to Sections 330 of the Bankruptcy Code for Allowance and Payment of Final Compensation and Reimbursement of Expenses, respectfully states as follows:

1.     On July 15, 2014, the Debtor filed its voluntary petition for relief pursuant to Chapter 11 of the Bankruptcy Code (the "Petition Date").

2.     The Debtor operated its business and managing its financial affairs as debtor-in-possession until February 25, 2015, when the Debtors' First Amended Plan of Reorganization was confirmed.  No committee of unsecured creditors, trustee or examiner has been appointed to serve in this reorganization case.

3.     The Debtor and its affiliated company, AMG, Inc. ("AMG"), both have filed Chapter 11 cases.  AMG's Chapter 11 case is pending as case number 14-26037.  Under

_____

[1]On November 13, 2014, this Court entered an Order jointly administering the Chapter 11 cases of Neuma, Inc. and AMG, Inc. (collectively the "Debtors").  According to the Debtors' First Amended Plan and First Amended Disclosure Statement, Neuma and AMG are substantively consolidated after confirmation of the Plan.

the Debtors' confirmed Plan of Reorganization ("Plan"), the Debtor and AMG were substantively consolidated, and the Debtors were replaced in the Plan as operators of the Debtors' business by 8907 Family LLC.

4.      This matter constitutes a "core" proceeding within the meaning of 28 U.S.C. Section 157(b).

5.      Venue of these proceedings and this Motion is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

6.      The statutory basis for the relief requested herein is Section 330 of the United States Bankruptcy Code.

7.      On November 13, 2014, this Court entered an Order jointly administering the Chapter 11 cases of Neuma, Inc. and AMG, Inc. (collectively the "Debtors").

**The Debtor and AMG's Business Operations**

8.      The Debtor and AMG were in the businesses of owning and servicing viatical life insurance policies.  The Debtors either owned or were beneficiaries of approximately 290 such policies.

9.      AMG serviced and paid the premiums with respect to policies of which the Debtors were either the owner or beneficial owner.

10.      The Debtors had approximately $24 million in viatical policies and the Debtors actually owned $1.4 million of face value policies.  The Debtors solicited funds from "investors," pursuant to executory contracts (the "Investor Agreements") in order to purchase the policies and fund the payment of premiums after purchasing them.

**Employment of CHSWC**

-2-

11.    On or about August 19, 2014, the Debtors presented their motions to employ CHSWC as the Debtors' bankruptcy counsel, and on August 19, 2014, an Order was entered by this Court granting the motions to employ. CHSWC received a $25,000 pre-petition retainer to represent Neuma, Inc. and a $25,000 pre-petition retainer to represent AMG, Inc. (the "Pre-Petition Retainers").

12.    By this Motion, CHSWC requests an allowance of final compensation and reimbursement of expenses in the amounts of $89,835.00 and $12,397.05, respectively[2], for the period commencing July 15, 2014 through and including March 17, 2015, and a direction to the Debtors to pay fees and expenses allowed in excess of the Pre-Petition Retainers.

13.    The Debtors' Chapter 11 cases have progressed to the point of the confirmation.

## CHSWC BIOGRAPHICAL INFORMATION

14.    CHSWC is a law firm whose practice is almost exclusively concentrated in the fields of bankruptcy, insolvency and commercial matters. The firm is comprised of seven (7) attorneys, all of whom have significant experience and expertise in the law firm's area of concentration. The following is certain biographical information pertaining to Scott R. Clar, the member of the law firm who has rendered the majority of the services in the Debtor's Chapter 11 case.

---

[2] CHSWC originally kept separate time entries for Neuma, Inc. and AMG, Inc., up through and including October 22, 2014. For purposes of this Motion, time expended by CHSWC on behalf of AMG, Inc. is a separate exhibit, but the fees requested reflect the aggregate amount of fees and expenses incurred in both cases. For purposes of this motion, both of the Pre-Petition Retainers are considered applied to fees expended in both cases.

**SCOTT R. CLAR**

Scott R. Clar is a member of the law firm of Crane, Heyman, Simon, Welch & Clar, and has been a practicing attorney in the State of Illinois since 1982. He has been primarily responsible for the representation of the Debtors in this case. From January, 1985, through September, 1986, he was employed as a staff attorney with the United States Trustee's Office in the Northern District of Illinois, where he administered over 200 Chapter 11 cases, as well as supervised Chapter 7 panel trustees. From September, 1986, through December, 1987, he was employed by the law firm of Adelman & Gettleman, Ltd., where he continued to practice in the areas of bankruptcy and insolvency related matters. In January 1988, he became associated with Dannen, Crane, Heyman & Simon, predecessor to CHSWC, and became a partner in 1994. His practice is concentrated in the field of bankruptcy, having represented Chapter 7 and Chapter 11 debtors, trustees, unsecured creditors' committees and various creditors. Mr. Clar has been a panel member and a moderator for several bar association-sponsored bankruptcy seminars. He is a member of the Federal Trial Bar. He is a former Chairman of the Chicago Bar Association Committee on Bankruptcy and Reorganization.

15.    The hourly rates charged by CHSWC for legal services rendered in this bankruptcy case are as follows:

| Attorney | 2014 Rate | 2015 Rate |
|---|---|---|
| Eugene Crane ("EC") | $495.00 | $495.00 |
| Arthur G. Simon("AGS") | $490.00 | $495.00 |
| David K. Welch ("DKW") | $490.00 | $495.00 |
| Scott R. Clar ("SRC") | $490.00 | $495.00 |
| Jeffrey C. Dan ("JCD") | $415.00 | $420.00 |
| John H. Redfield ("JHR") | $390.00 | $395.00 |
| Brian P. Welch ("BPW") | $295.00 | $300.00 |

-4-

Thomas W. Goedert ("TWG")      $425.00        $430.00

These hourly rates are the customary and usual rates which CHSWC charges clients on matters of this nature.

16.    The total time expended by CHSWC attorneys in connection with these Chapter 11 cases during the period  commencing July 15, 2014 through and including March 17, 2015 is as follows:

**Neuma, Inc.**

| Attorney | 2014 Hours | 2015 Hours | Amount |
|---|---|---|---|
| Eugene Crane ("EC") | 1.0 | – | $   495.00 |
| Arthur G. Simon ("AGS") | – | 1.3 | 643.50 |
| Scott R. Clar ("SRC") | 105.0 | 60.1 | 81,199.50 |
| Jeffrey C. Dan ("JCD") | .2 | – | 83.00 |
| Brian P. Welch ("BPW") | 1.0 | 1.4 | 715.00 |
| **Total:** | 107.2 | 62.8 | $83,136.00 |

**AMG, Inc.**

| Attorney | Hours | Hours | Amount |
|---|---|---|---|
| Scott R. Clar ("SRC") | 12.9 | – | $6,321.00 |
| Jeffrey C. Dan ("JCD") | .2 | – | 83.00 |
| Brian P. Welch ("BPW") | 1.0 | – | 295.00 |
| **Total:** | 14.1 | | $6,699.00 |

## LEGAL SERVICES RENDERED

17.    The legal services rendered by CHSWC, as more fully described in Exhibits A through F, have been divided into the following categories:

-5-

A.   **GENERAL ADMINISTRATION**

The legal services rendered in this category include the preparation of motions with respect to administration of the case, including employment motions for CHSWC, preparation of bankruptcy schedules and statement of financial affairs, attendance at the Initial Debtor Interviews and first meetings of creditors, as well as other purely administrative matters.

Total Time Expended:   **37.2 hours**

| Attorney | 2014 Hours | 2015 Hours | Amount |
|---|---|---|---|
| Eugene Crane ("EC") | 1.0 | – | $495.00 |
| Scott R. Clar ("SRC") | 31.1 | 1.7 | 16,080.50 |
| Brian P. Welch ("BPW") | 2.4 | 1.0 | 1,010.00 |
| **Total:** | **34.5** | **2.7** | **$17,585.50** |

Attached to this Motion as Exhibit "A" is an itemization of the legal services rendered in this category.

B.   **MATTERS CONCERNING INVESTOR AGREEMENTS**

Legal services in this category relate to matters concerning the analysis of existing agreements with investors and underlying documentation.

Total Time Expended:   **11.5 hours**

| Attorney | 2014 Hours | 2015 Hours | Amount |
|---|---|---|---|
| Scott R. Clar ("SRC") | 11.0 | .5 | $5,637.50 |
| **Total** | **11.0** | **.5** | **$5,637.50** |

Attached to this Motion as Exhibit "B" is an itemization of the legal services rendered in this category.

C.      **PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT**

A significant amount of time was spent by CHSWC with respect to the formulation, revision and court appearances in connection with the Debtor's plan of reorganization and disclosure statement, which progressed to the point of confirmation.

Total Time Expended:      **85.8 hours**

| Attorney | 2014 Hours | 2015 Hours | Amount |
|---|---|---|---|
| Arthur G. Simon ("AGS") | – | 1.3 | $643.50 |
| Scott R. Clar ("SRC") | 51.3 | 32.8 | 41,373.00 |
| Jeffrey C. Dan ("JCD") | .4 | – | 166.00 |
| **Total** | **51.7** | **34.1** | **$42,182.50** |

Attached to this Motion as Exhibit "C" is an itemization of the legal services rendered in this category.

D.      **INVESTOR/PLAN MATTERS**

The legal services rendered in this category relate to CHSWC's expenditure of time in responding to investor phone calls regarding balloting issues.   Given that there are approximately 600 investors, a significant amount of time was spent in this category.

Total Time Expended:      **38.2 hours**

| Attorney | 2014 Hours | 2015 Hours | Amount |
|---|---|---|---|
| Scott R. Clar ("SRC") | 23.0 | 15.2 | $18,794.00 |
| **Total** | **23.0** | **15.2** | **$18,794.00** |

Attached to this Motion as Exhibit "D" is an itemization of the legal services rendered in this category.

E.   **CLAIMS OBJECTIONS**

Services provided in this category consist of CHSWC's filing of objections to more than thirty (30) claims.  Most of the claims represented claims filed by investors, who were not technically creditors.  A hearing on these objections is currently set for April 2, 2015.

Total Time Expended:    **7.1 hours**

| Attorney | 2014 Hours | 2015 Hours | Amount |
|---|---|---|---|
| Scott R. Clar ("SRC") | 1.5 | 5.6 | $3,507.00 |
| **Total** | **1.5** | **5.6** | **$3,507.00** |

Attached to this Motion as Exhibit "E" is an itemization of the legal services rendered in this category.

F.   **PREPARATION OF MOTION FOR FINAL COMPENSATION**

CHSWC expended time preparing and filing this Motion.

Total Time Expended:    **4.3 hours**

| Attorney | 2014 Hours | 2015 Hours | Amount |
|---|---|---|---|
| Scott R. Clar ("SRC") | – | 4.3 | $2,128.50 |
| **Total** | | **4.3** | **$2,128.50** |

Attached to this Motion as Exhibit "F" is an itemization of the legal services rendered in this category.

## EXPENSES INCURRED

18.    During the course of the representation of the Debtors, CHSWC has incurred necessary expenses for which reimbursement is sought.   The total amount of these expenses for the period commencing July 15, 2014 through and including March 17, 2015

is $12,397.05.  Attached to this motion as **Exhibit G** is an itemization of the expenses

incurred.  The relatively large amount of expenses was necessitated by several mailings

to more than 600 "investors."

## CONCLUSION

19.    Other than as provided in Section 504(b) of the Bankruptcy Code, CHSWC

has not shared, or agreed to share, any compensation received as a result of this case with

any person, firm or entity.  No promises concerning compensation have been made to

CHSWC by any person, firm or entity.

20.    CHSWC asserts that the final compensation requested in this Motion is

reasonable compensation for the actual and necessary legal services rendered, based

upon the time, nature, extent and value of such legal services.  CHSWC further asserts

that the cost of legal services rendered for and on behalf of the Debtors is comparable to

the cost of similar services in matters other than under the Bankruptcy Code.

21.    CHSWC asserts that the expenses for which reimbursement is sought in this

Motion are reasonable and were actual and necessary expenditures required in the

representation of the Debtors.

WHEREFORE, for the foregoing reasons, Scott R. Clar and the law firm of Crane,

Heyman, Simon, Welch & Clar, counsel for the Debtors, prays for the entry of an order

pursuant to Section 330 of the Bankruptcy Code, as follows:

a)    Allowing final compensation and reimbursement of expenses to CHSWC in

the amounts of $89,835.00 and $12,397.05, respectively for services provided and

expenses incurred from the period commencing July 15, 2014 through and including March

17, 2015;

   b)   Authorizing and directing payment by the Debtors to CHSWC of the sum of

$52,232.05, representing unpaid fees and expenses in excess of the Retainer; and

   c)   Granting such other relief as may be just and equitable.

                              NEUMA, Inc. and AMG, Inc., Illinois corporations,
                              debtor/debtor-in-possession

                              By: /s/Scott R. Clar_____
                                    One of its Attorneys


**DEBTORS' COUNSEL**:
Scott R. Clar
(Atty. No. 06183741)
Jeffrey C. Dan
(Atty. No. 06242750)
Brian P. Welch
(Atty. No. 6307292)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
(312) 641-6777
W:\MJO2\Neuma Inc\Pay CHSWC.mot and NOM.wpd