UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 14-26015 |
| NEUMA, INC., | ) Chapter 11 |
| | ) Judge Hollis |
| debtor/debtor-in-possession. | ) Jointly Administered |

## NOTICE OF MOTION

TO:   ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE that on the 19th day of May, 2015 at 10:00 a.m. or as soon thereafter as counsel can be heard, I shall appear before the Honorable Pamela S. Hollis, Bankruptcy Judge, in the room usually occupied by her as courtroom 644 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in her place and stead and shall present the **Debtor's Motion for Final Decree**, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Scott R. Clar
Crane, Heyman, Simon, Welch & Clar
I35 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(312) 641-6777

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Motion to be served on all the parties listed on the attached service list via court's electronic registration/email/first class mail (as indicated), on the 15th day of April, 2015, before the hour of 5:00 p.m.

/s/Scott R. Clar

## SERVICE LIST

**Court's Electronic Registration:**

United States Trustee
219 South Dearborn St., Suite 873
Chicago, IL 60604

Elizabeth A. Bates
Springer Brown, LLC
400 S. County Farm Rd., #330
Wheaton, IL 60187

Lester A. Ottenheimer, III
Ottenheimer Law Group
750 W. Lake Cook Rd., #350
Buffalo Grove, IL 600809

Gregory K. Stern
53 W. Jackson Blvd., #1442
Chicago, IL 60604

**Via Email**

Nathan H. Lichtenstein
Aronberg Goldgehn Davis & Garmisa
330 N. Wabash Ave., #1700
Chicago, IL 60611
nlichtenstain@agdglaw.com

David Binter
Neuma, Inc.
4709 W. Golf Road, Suite 525
Skokie, IL 60077

**Via First Class Mail**

American Express
World Financial Center
200 Vesey St., 50th Floor
New York, NY 10285

B & R Group
4709 W. Golf Rd., #525
Skokie, IL 60076

CFO2 Skokie, LLC
PO Box 201939, Dept. 93905*
Dallas, TX 75320-1939

DARU, LLC
4709 W. Golf Rd., #525
Skokie, IL 60076

Fukunaga, Matayoshi, Hershey, et al
Davies Pacific Center
1841 Bishop St., #1200
Honolulu, HI 96813

Kesef, LLC
4709 W. Golf Rd., #525
Skokie, IL 60076

Kutchins, Robbins & Diamond, Ltd.
1101 Perimeter Drive, #760
Schaumburg, IL 60173

Red Circle Farms, LLC
4709 W. Golf Rd., #525
Skokie, IL 60076

Ruth Binter
4709 W. Golf Rd., #525
Skokie, IL 60076

American Express
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

AMG, Inc.
4709 W. Golf Road, Suite 525
Skokie, IL 60077

Ronald Barliant
Goldberg Kohn Ltd.
55 E. Monroe St., #3300
Chicago, IL 60603-5792

Hilton A. Ryder
McCormick, Barstow, Sheppard, Wayte &
Carruth, LLP
7647 N. Fresno St.
Fresno, CA 93720

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 14-26015 |
| NEUMA, INC., | ) Chapter 11 |
| | ) Judge Hollis |
| debtor/debtor-in-possession. | ) Jointly Administered |

## MOTION FOR ENTRY OF FINAL DECREE

NEUMA, INC., an Illinois corporation, and AMG, Inc., Illinois corporations, confirmed Debtors[1] ("Debtors"), by and through its attorneys, and in support of its Motion for Entry of Final Decree pursuant to Rule 3022 of the Federal Rules of Bankruptcy Procedure, respectfully states as follows::

### Introduction and Relevant Facts

1. On July 15, 2014, the Debtors filed their voluntary petitions for relief pursuant to Chapter 11 of the Bankruptcy Code (the "Petition Date").

2. The Debtors operated their businesses and managed their financial affairs as debtors-in-possession until February 24, 2015, when an Order was entered confirming the Debtors' First Amended Plan of Reorganization. No committee of unsecured creditors, trustee or examiner has been appointed to serve in these reorganization cases.

### The Debtor and AMG's Business Operations

3. The Debtors were in the business of owning and servicing viatical life insurance policies. Neuma either owns or is beneficiary of approximately 265 such

---

[1] On November 13, 2014, this Court entered an Order jointly administering the Chapter 11 cases of Neuma, Inc. and AMG, Inc. (collectively the "Debtors"). According to the Debtors' First Amended Plan and First Amended Disclosure Statement, Neuma and AMG are substantively consolidated after confirmation of the Plan.

-1-

policies. The Confirmed Plan contemplates transfer of the Debtors' beneficial interests and those of SLSF Services ("SLSF"), a company formed by the Debtors' to hold the beneficial interests and ownership interests in trusts, to 8907 Family LLC ("8907"). 8907 is the entity owning the beneficial interest after confirmation.

4.  AMG services and pays the premiums with respect to policies of which Neuma and/or AMG are either the owner or beneficial owner.

5.  The Debtor's Plan has been substantially consummated within the meaning of Section 1101(2) of the Bankruptcy Code. Unsecured creditors have received full distribution under the Plan. All unsecured creditors have been paid 100% of their claims under the Plan, and all "investors" who chose to receive a 2% distribution for their interests have been paid in full. A list of distributions made by the Debtors under the Plan is attached hereto as **Exhibit A**.[2]

6.  The Debtor respectfully requests the entry of a Final Decree pursuant to Rule 3022 of the Federal Rules of Bankruptcy Procedure.

WHEREFORE, NEUMA, Inc., an Illinois corporation, Confirmed Debtors herein, prays for the entry of a Final Decree closing this Chapter 11 case and for such other relief as may be just and appropriate.

                        NEUMA, Inc. and AMG, Inc., Illinois corporations,
                        debtors herein.

                        By: /s/Scott R. Clar
                            One of their Attorneys

---

[2] Exhibit A also contains current payments made by 8907 on the Debtors' behalf, such as general operating, salaries, rent, phone and normal day-to-day premium payments.

**DEBTORS' COUNSEL**:
Scott R. Clar
(Atty. No. 06183741)
Jeffrey C. Dan
(Atty. No. 06242750)
Brian P. Welch
(Atty. No. 6307292)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
(312) 641-6777
W:\MJO2\Neuma Inc\Final Decree.mot and NOM.wpd