UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  14-26015 |
| NEUMA, INC. | ) | (Jointly Administered) |
| | ) | Chapter: 11 |
| | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

# FINAL DECREE

     THIS MATTER COMING TO BE HEARD upon the Debtors' Motion for Entry of Final Decree, the Court having entered an Order Confirming the Debtor's Plan of Reorganization on February 26, 2015, notice of said Motion having been given, no objections to said Motion having been filed or otherwise presented, and the Court being fully advised in the premises:

  THE COURT HEREBY FINDS that a Final Decree is entered and the Plan of Reorganization has been substantially consummated; and accordingly,

  IT IS FURTHER ORDERED that the estate is hereby closed.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:  May 19, 2015

**Prepared by:**

Scott R. Clar (Atty. No. 06183741)
Jeffrey C. Dan (Atty. No. 06242750)
Brian P. Welch (Atty. No. 6307292)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
(312) 641-6777
\mjo2\Neuma Inc\Final Decree